# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 5/23/2024 |
| Case: 24−07605 | Form ID: pdf001 | Total: 20 |

**Recipients of Notice of Electronic Filing:**
aty   Joseph Q. Lou   JosephLouEsq@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Claudia J Vila          16525 Kingsbrook Dr.          Crest Hill, IL 60403
30857085    Bank of America         Attn: Bankruptcy    4909 Savarese Circle    Tampa, FL 33634
30857086    Barclays Bank Delaware  Attn: Bankruptcy    125 South West St    Wilmington, DE 19801
30857087    Blitt & Gaines PC       775 Corporate Woods Parkway    Vernon Hills, IL 60061
30857088    Blitt & Gaines PC       775 Corporate Woods Parkway    Vernon Hills, IL 60061
30857089    Blitt & Gaines PC       775 Corporate Woods Parkway    Vernon Hills, IL 60061
30857090    Capital One     Attn: Bankruptcy    Po Box 30285    Salt Lake City, UT 84130
30857091    Cavalry Portfolio Services    Attn: Bankruptcy    1 American Lane, Ste 220    Greenwich, CT 06831
30857092    Central Cred Un of IL    Attn: Bankruptcy    1001 Mannheim Rd    Bellwood, IL 60104
30857093    Chase Mortgage    Attn: Legal Correspondence Center    700 Kansas Ln Mail Code La4−7200    Monroe, LA 71203
30857094    Citi Cards    PO Box 78045    Phoenix, AZ 85062
30857095    Comenity Bank/Maurices    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
30857096    Comenity Bk/Ulta    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
30857097    Discover Financial    Attn: Bankruptcy    Po Box 3025    New Albany, OH 43054
30857098    Macy's/ DSNB    Atytn: Bankruptcy    701 E. 60th Street North    Sioux Falls, SD 57104
30857099    Sunrise Credit Services    PO Box 9004    Melville, NY 11747
30857100    Synchrony Bank/HHGregg    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896
30857101    United Collection Bureau, Inc.    PO Box 140310    Toledo, OH 43614
30857102    Weltman Weinberg & Reis    180 N LaSalle St, #2400    Chicago, IL 60601

TOTAL: 19